IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 05-0926
 ((((((((((((((((

 Victoria Palms Resort, Inc.,

 v.

 CITY OF DONNA, TEXAS

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. Pursuant to the notice of City of Donna, Texas, filed with this
Court on November 9, 2005, this case is ABATED.

 2. The case is abated until further order of this Court and is
removed from the Court's active docket, subject to reinstatement upon
proper motion.

 Done at the City of Austin, this 21st day of April, 2006.

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk